COZEN O'CONNOR

May 23, 2018

**Steven K. Gerber**
Direct Phone 215-665-2088
Direct Fax 215-701-2088
sgerber@cozen.com

**VIA ECF**

The Honorable Deborah Chasanow
United States District Judge
United States District Court
District of Maryland
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770

**Re: Tri-State Insurance Company of Minnesota a/s/o Gunpowder Properties v. Green Future Construction, Civil Action No.: 8:18-cv-00634-DKC**
**Cozen File No.: 409991**

Dear Judge Chasanow:

I am pleased to report that the parties have agreed to a settlement in principle of the above-captioned matter. The parties are in the process of negotiating the release language and exchanging the appropriate documents to confirm and memorialize the settlement. We anticipate filing the appropriate dismissal within the next thirty (30) days.

In view of the settlement in principle, it would be inappropriate for plaintiff to proceed with a motion for entry of a default at this time.

If Your Honor has any questions regarding this settlement in principle, I invite Your Honor to call me directly.

Thank you for Your Honor's attention and assistance.

Respectfully submitted,

COZEN O'CONNOR

/S/STEVEN K. GERBER

BY: STEVEN K. GERBER

SKG:bdw

cc: Greg Brown (*On Behalf of Green Future Construction*)
*(Via Email - greg_brown@cinfin.com)*
Eric Stravitz, Esquire (*Via Email eric@stravitzlawfirm.com*)

LEGAL\36344933\1